IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER LITTLE,** individually and on behalf of similarly situated persons,<br><br>            Plaintiff,<br><br>v.<br><br>**M and E PIZZA, LLC** and **EDWARD W. TREACY III**,<br><br>            Defendants. | Case No. _____<br><br>**Jury Demanded** |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff discloses the following parties who have an interest in the outcome of this litigation:

**PLAINTIFF**

1. Jennifer Little, on behalf of herself and all others similarly situated

2. *Plaintiff's Counsel*
   Patrick Howard, Saltz, Mongeluzzi & Bendesky, P.C;

**DEFENDANTS**

1. M and E Pizza, LLC

2. Edward W. Treacy III

3. Defendant's Counsel

4. All persons and entities listed on Defendants' Certificate of Interested Parties

            Respectfully submitted,

            */s/ Patrick Howard*
            Patrick Howard (PA #88572)

**SALTZ MONGELUZZI &**
**BENDESKY, P.C.**
120 Gibraltar Road, Suite 218
Horsham, PA 19044
Tel: (215) 496-8282
Fax: (215) 754-4443
Email: phoward@smbb.com

*Counsel for Plaintiff and the putative class*