**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENNIFER LITTLE,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>    **v.**<br><br>**M and E PIZZA, LLC,** and **EDWARD W. TREACY III,**<br><br>Defendants. | **Case No. 1:21-cv-01651**<br><br>**Judge Christopher C. Conner** |

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Plaintiff Jennifer Little, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby represents that she voluntarily dismisses her claims against Defendants M and E Pizza, LLC and Edward W. Treacy III in this action. Accordingly, Plaintiff hereby dismisses her claims against these Defendants in this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ Patrick Howard*
Patrick Howard (PA #88572)
**SALTZ MONGELUZZI & BENDESKY, P.C.**
120 Gibraltar Road, Suite 218
Horsham, PA 19044
Tel: (215) 496-8282
Fax: (215) 754-4443
Email: phoward@smbb.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on all parties of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Patrick Howard*
**Patrick Howard**